**Order entered June 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00100-CR
No. 05-18-00101-CR
No. 05-18-00102-CR

**MARQUEISE JEROME DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-40153-M, F14-40269-M & F14-75213-M**

## ORDER

The reporter's record was due March 12, 2018. When it was not filed, we notified court reporter Belinda Baraka by postcard dated March 19, 2018 and instructed her to file the complete reporter's record by April 18, 2018. To date, the reporter's record has not been filed and Ms. Baraka has had no communication with the Court.

We **ORDER** court reporter Belinda Baraka to file the complete reporter's record in these appeals within **TWENTY DAYS OF THE DATE OF THIS ORDER.** We caution Ms. Baraka that the failure to do so will result in the Court taking whatever action it deems appropriate to ensure that these appeals proceed in a more timely fashion, which may include ordering that Ms. Baraka not sit as a court reporter until the reporter's record in these appeals is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; and to counsel for all parties.

.

/s/    LANA MYERS
         JUSTICE